IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

FEB 16 2016

TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

Darie Darlene Hamilton )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s)) )

vs.

Robert McDonald, Secretary )
Department of Veterans Affairs )
Name
810 Vermont Ave., NW )
Street and number
Washington, DC 20420 )
City     State     Zip Code

Case Number: 16-2101-DDC-JPO

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A. Name of plaintiff Darie Darlene Hamilton

Address 1312 S. Broadway St. Apt 'B'
Leavenworth, KS 66048

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.   Defendant _Robert McDonald, Secretary_ is employed at _Department of Veterans Affairs_

C.   Additional Defendants _Central Plains Consolidated Patient Account Center   735_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.   (If Applicable) Diversity of citizenship and amount:

1.   Plaintiff is a citizen of the State of _Kansas_

2.   The first-named defendant above is either _Washington D.C._
   a.   a citizen of the State of ~~████~~ ; or

   b.   a corporation incorporated under the laws of the State of _KANSAS_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3.   The second-named defendant above is either

   a.   a citizen of the State of _KANSAS_ ; or

   b.   a corporation incorporated under the laws of the State of _KANSAS_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

__X__ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

(KS)

My claim takes place at CPAC #735 Leavenworth, from 7-2012 until 2-22-2013. Transcripts of Billing Manager Kimberly K. Demro taken on 12-18-2013 and Supplementary Document given by (K.K.D) on 5-21-2014 will prove that The Billing Department was informed ~~of my~~ that The Microsoft Office software, The software used by all Federal employees also had accomodation tools for my specific accomodations requested. Page 3 of 6

Kimberly K. Demro's Witness Affidavit violated my civil rights and was subjected to discrimination when (K.K.D) said "Microsoft meeting, Computer technology needs were denied in the reasonable accomodation. The result of (K.K.D)'s decision stop me from equal access to Federal over →

Software for the use of all Federal employees with or without a disability.

· Next, I was subjected to an intimidating work environment evident by the transcripts of Case-2003-0735-2013101973 AAJ-supervisor.

· I have proof that Disability was established on or before March 30, 2012.

4. From Oct. 2012 until Feb 2013 Plantiff did not have her required ADA software after Federal Office Software ADA use was denied. Plantiff cannot be held to a standard of proformance when the tools that are needed are not made available to her. There by, Complainant was subjected to a hositle work environment for which caused poor performance issues as wel as Termination. 29 months unemployment. Other Employees in Healthcare Told me 735 CPAC reference was why I was not hired.

5. Defendant also retaleated by refusing employment due to CPAC 735 Disability Department. Please see attachment hire package.

_____

_____

_____

_____.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Please See Relief request attachment.

I want to analize the incomplete Bills that Management claims were charged to me.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?  Yes [X]  No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?  Yes [X]  No [ ]

VII. Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Three years back pay $176,000.00 to Satisfy 36 months unemployment with credit for time resulting from Separation or termination wrongfully.

| | |
|---|---|
| 1yr full time → 35,000 | > $50,000 |
| Part Time → 15,000 | |
| 2yr Full time → 37,000. | > $54,000 |
| Part time 17,000 | |
| 3yr Full time 48,000. | > $72,000. |
| Part time 25,000 | |
| | $176,000 |

immediate Job reinstatement at a level consistant to my experience, education + Training. Job reinstatement much be in Healthcare Information Science category leading to a GS/3 scale within 18 months. $359,500.00 + future Attorney's costs

Pain & Suffering, $175,000.00

Correct and end to Homelessness.

Education reimbursement
Relocation expenses reimbursement Florida to Leavenworth Ks $6,000
Transportation cost included
Past + future Attorney FEES

Back Pay — 176,000.
Pain + Suffering — 175,000
Relocation expences — 6,000
$357,000.
2,500 x
$359,500.000 x

VIII. Administrative Procedures:

   A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? [ ] No [X]

   B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

   N/A

   C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

   Due to time constraints Date for establishing disability, failed to provide evivance reveal to EEOC for determination retaleation has ~~complaint~~ been on going most recent claim is part of the case

IX. Related Litigation:

   Please mark the statement that pertains to this case:

   _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

   __X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

   _Darie Hamilton_
   Signature of Plaintiff

   _Darie Hamilton_
   Name (Print or Type)

5

1312 S. Broadway St. Apt B
Address

Leavenworth   KS   66048
City            State   Zip Code

913 306 5719
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐ Wichita, ☒ Kansas City or ☐ Topeka, Kansas as the location for the
(check one location)
trial in this matter.

*Katie Hamilton*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☒ yes ☐ no.
(check one)

*Katie Hamilton*
Signature of Plaintiff

Dated: 2-10-2016
(Rev. 8/07)

6